

# NUMBERS 13-24-00221-CV, 13-24-00274-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

QUALITY TANK SA DE CV,                                                  Appellant,

v.

MARIA MONSIVAIS,                                                          Appellee.

## ON APPEAL FROM THE 139TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Silva**
**Memorandum Opinion by Justice Longoria**

These causes are before the Court on a joint motion to dismiss the appeals. On June 26, 2024, we abated the causes to allow the settlement process to proceed. Since the abatement, the parties submitted, and the trial court signed, an agreed order vacating the judgment and dismissing the claims that were the subject of that judgment. Now the parties request dismissal of these related appeals.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Accordingly, the causes are hereby reinstated, the joint motion to dismiss is granted, and the appeals are dismissed. In accordance with the motion, costs are taxed against the party incurring same. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeals at the parties' request, no motion for rehearing will be entertained.

NORA L. LONGORIA
Justice

Delivered and filed on the
11th day of July, 2024.

2